UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
THE ANNUITY, PENSION, WELFARE, TRAINING AND
LABOR MANAGEMENT COOPERATION TRUST FUNDS
OF THE INTERNATIONAL UNION OF OPERATING
ENGINEERS LOCAL 14-14B, AFL-CIO, BY THEIR TRUSTEES
EDWIN L. CHRISTIAN, CHRISTOPHER T. CONFREY, JOHN
CRONIN, JOSEPH BYRNE, KENNETH KLEMENS, JR., JOHN       **PROPOSED ORDER OF**
F. O'HARE, MICHAEL SALGO and WILLIAM TYSON, and        **VOLUNTARY DISMISSAL**
INTERNATIONAL UNION OF OPERATING ENGINEERS
LOCAL 14-14B, AFL-CIO, BY ITS BUSINESS MANAGER          22-CIV-7920 (KMK) (JCM)
EDWIN L. CHRISTIAN,

                          Plaintiffs,

            -against-

PRISTINE SERVICES, INC.,

                          Defendant.
-----------------------------------------------------------X

    Pursuant to F.R.C.P. 41(a)(1)(A)(i), Plaintiffs THE ANNUITY, PENSION, WELFARE, TRAINING AND LABOR MANAGEMENT COOPERATION TRUST FUNDS OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 14-14B, AFL-CIO and INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 14-14B, AFL-CIO, by their counsel, BRADY McGUIRE & STEINBERG, P.C., hereby give notice that the above-captioned matter is voluntarily dismissed with prejudice as against Defendant PRISTINE SERVICES, INC.

Dated: Tarrytown, New York
       November 29, 2022

                                        Respectfully submitted,

                                        BRADY McGUIRE & STEINBERG, P.C.

                                        /s/ James M. Steinberg

                                  By:   _____
                                        James M. Steinberg, Esq.
                                        Attorneys for Plaintiffs
                                        303 South Broadway, Suite 234
                                        Tarrytown, New York 10591
                                        (914) 478-4293
                                        james@bradymcguiresteinberg.com

To:  Pristine Services, Inc.
     193 East Lincoln Avenue
     West Harrison, New York 10605
     Attn: Ms. Maria Cristiano

SO ORDERED:

_____
The Honorable Kenneth M. Karas
United States District Judge

11/29/22